UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANTHONY DEAN, | ) | No. EDCV 25-1088-MWC (JPR) |
| Petitioner, | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) | |
| H.D.S.P. WARDEN ST. ANDRES, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Order to Show Cause, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is dismissed without prejudice.
2. Petitioner's request that the clerk sign subpoenas and that the U.S. Marshal serve them (ECF No. 33) is denied as moot.
3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: August 21, 2025

_____
HON. MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE