UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ANTHONY DEAN, | ) | Case No. EDCV 25-1088-MWC (JPR) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | JS-6 |
| H.D.S.P. WARDEN ST.ANDRES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 21, 2025

_____
HON. MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE